GA NUN, Respondent, v. NEW YORK CENT. & H. R. R. CO., et al., Appellants. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Mary C. Ga Nun, as ancillary executrix, against the

New York Central & Hudson River Railroad Company and others. R. A. Kutschboch, for appellants.

PER CURIAM. Judgment and order affirmed, with costs.

INGRAHAM, J., dissents, on the ground that the verdict is excessive.